JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEHRAN POURDEGHAN,**  Plaintiff, v. **CAROLYN W. COLVIN**, Acting **Commissioner of Social Security,**  Defendant. | NO. 2:15-cv-07975 (KS)  **JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 29, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE