# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEHRAN POURDEGHAN,**<br>            **Plaintiff,**<br><br>      v.<br><br>**CAROLYN W. COLVIN**, **Acting Commissioner of Social Security,**<br>            **Defendant.**<br>_____ | ) NO. 2:15-cv-07975 (KS)<br>)<br>)<br>) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)**<br>)<br>)<br>)<br>)<br>) |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: October 25, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE